## WALDEN *v.* BRYANT & THAXTON.

HINES, J. This case is controlled by the decision this day rendered in the case of *Fraser* v. *Hunter;* and we answer the first and second questions propounded by the Court of Appeals in the negative, and the last question propounded by it in the affirmative.  *All the Justices concur.*

No. 7638. NOVEMBER 13, 1930.

*Poole & Fraser,* for plaintiff in error.  *Carl T. Hudgins* and *John Wesley Weekes,* for persons at interest, not parties of record. *Julius A. McCurdy,* contra.